# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-307
LT Case No. 2021-CF-1410

_____

BRANDON JAVIER TERRELL LONG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

W. Charles Fletcher, of Law Office of W. Charles Fletcher,
Jacksonville, for Appellant.

Ashley Moody, Attorney General, and Zachary F. Lawton,
Assistant Attorney General, Office of the Attorney General,
Tallahassee, for Appellee.

December 5, 2023

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., MAKAR, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____